### 23042. SIRMONS *v.* THE STATE.

MacIntyre, J. The indictment alleged a misdemeanor; and the State having failed to carry the burden of proof that the indictment was found and filed in the superior court of Berrien county within two years after the commission of the offense charged, the court erred in overruling the motion for a new trial. Penal Code (1910), § 30, par. 4.

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 2, 1933.

*E. R. Smith,* for plaintiff in error.
*H. C. Morgan, solicitor-general,* contra.